957 So.2d 694 (2007)
FLORIDA MALL ASSOCIATES, LTD., etc., et al., Appellants,
v.
OLD DOMINION INSURANCE COMPANY, Appellee.
No. 5D06-1776.
District Court of Appeal of Florida, Fifth District.
May 15, 2007.
Rehearing Denied June 8, 2007.
Paul S. Jones and James P. Waczewski, of Luks, Santaniello, Perez, Petrillo & Gold, Orlando, for Appellants.
Hinda Klein, of Conroy, Simberg, Ganon, Krevans & Abel, P.A., Hollywood, for Appellee.
PER CURIAM.
AFFIRMED. See Hilton Hotels Corp. v. Employers Ins. of Wausau, 629 So.2d 1064 (Fla. 3d DCA 1994).
PLEUS, C.J., ORFINGER and EVANDER, JJ., concur.